IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN W. THROWER, INC., | ) Civil Action No. 04-CV-1790 |
| Plaintiff, | ) |
| | ) The Honorable Gary L. Lancaster |
| v. | ) |
| SHORT CONCRETE CONSTRUCTION, an Ohio Corporation and GULF INSURANCE COMPANY, a Connecticut Corporation, | ) |
| Defendants/Third-Party Plaintiffs, | ) |
| v. | ) |
| BOVIS LEND LEASE, INC. and JOSEPH H. COLLINGWOOD, | ) |
| Third-Party Defendants. | ) |

## CONSENT ORDER

Upon reading and filing of the Consent Motion for Substitution of Parties and it appearing that all rights and claims of John W. Thrower, Inc. sought to be enforced in this action have been transferred and assigned to Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company and that Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company, has agreed to defend and hold harmless John W. Thrower, Inc. on any and all Counterclaims asserted by Short, now on consent motion of the parties, it is ORDERED that Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company is substituted as the Plaintiff and Counterclaim Defendant in this case in the place and stead of John W. Thrower, Inc., without prejudice to prior proceedings.

BY THE COURT:

Date: 12/6/05