IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRAVELERS INDEMNITY CO., ETC., )
    Plaintiff, )
                      )
    v.                  )
                        )
SHORT CONCRETE, INC.        ) Civil Action No. 04-1790
    Defendant, )
                        )
    v. )
                        )
BOVIS LEND LEASE, INC., ET AL.,)
    Third-party defendants. )

## ORDER OF COURT

AND NOW, this 28TH day of December, 2005, the Court has been advised that Short Concrete, Inc.'s principal owner, Patrick J. Short, has filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Ohio, Cleveland Division, at Case No. 05-11742-AIH. The Court is further advised that to satisfy said bankruptcy, all of Short Concrete Inc.'s assets were liquidated and, at this time, it has ceased operation.

Therefore, it appearing that no further action can be taken at this time as to defendant Short Concrete Inc., IT IS HEREBY ORDERED that Clerk of Court mark the above captioned case closed as to defendant Short Concrete, Inc. only.

IT IS FURTHER ORDERED that Plaintiff shall proceed with it's subrogated claims against the third party defendants.

BY THE COURT:

_/s/ G. L. Lancaster_, J.

cc: All counsel of record