IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRAVELERS INSURANCE COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BOVIS LEND LEASE, INC. and JOSEPH H. COLLINGWOOD,<br><br>Defendants. | Civil Action No. 04-CV-1790<br><br>The Honorable Gary L. Lancaster |

## STIPULATION FOR DISCONTINUANCE

We, the attorneys for the respective parties, do hereby stipulate that the within action has been settled and discontinued and ask that the Court enter an Order dismissing the within action.

LEVICOFF, SILKO & DEEMER, P.C.

By: _____

Elizabeth E. Deemer, Esquire
PA I.D. No. 58232

Firm I.D. No. 245
650 Smithfield Street – Suite 1900
Pittsburgh, PA 15222
(412) 434-5200

PEPPER HAMILTON LLP

By: _____

Kathryn M. Kenyon, Esquire
PA I.D. No. 82262

500 Grant Street – 50th Floor
Pittsburgh, PA 15219
(412) 454-5000

## ORDER

AND NOW, this 19th day of Sept, 2005, it is so ORDERED.

_____ J.
The Honorable Gary L. Lancaster